# Criminal Case Cover Sheet

**FILED:** REDACTED  **U.S. District Court**

**Place of Offense:** ☒ Under Seal   **Judge Assigned:** Brinkema

City: Reston   Superseding Indictment:   **Criminal No.** 1:19-CR-304

County:   Same Defendant:   New Defendant:

Magistrate Judge Case No.:   Arraignment Date:

Search Warrant Case No.:   R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Henry Kyle FRESE   Alias(es):   ☐ Juvenile   FBI No.:

**Address:**

**Employment:**

**Birth Date:** XX/XX/1988   **SSN:** XXX-XX-1321   **Sex:** Male   **Race:** White   **Nationality:** US

**Place of Birth:**   **Height:** 6 ft   **Weight:** 185 lbs   **Hair:** Brown   **Eyes:** Brown   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Danya E. Atiyeh   **Phone:** 703-299-3824   **Bar No.** 81821

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI- Special Agent Donny Kim

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC S. 793(d) | Transmission of National Defense Inf | 2 | Felony |
| Set 2: | | | | |

**Date:** 10/7/2019   **AUSA Signature:** [signature] (TD for DA)   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form] [Reset Form]