AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-CR-304 (LMB) |
| Henry Kyle Frese ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 10/10/2019

/s/ Jennifer K. Gellie
*Attorney's signature*

Jennifer Kennedy Gellie, DC Bar# 1020976
*Printed name and bar number*
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20053
*Address*

jennifer.gellie@usdoj.gov
*E-mail address*

(202) 233-0785
*Telephone number*

(202) 233-2146
*FAX number*