# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

UNITED STATES

vs.

Henry Kyle Frese

DEFENDANT(S)

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 19cr304
HEARING: R5
DATE: 10/10/19
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Danya Atiyeh + Jennifer Gellie
COUNSEL FOR DEFENDANT: Scott Hulsey
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT                        ( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT TO APPOINT COUNSEL                 ( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT. TO RETAIN COUNSEL                  ( ) DEFT CONTINUED ON PROBATION
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION   Pending DH
(X) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS   ( ) DEFT CONTINUED ON BOND
(X) DEFT. (X) REMANDED

**CONDITIONS OF RELEASE:**
($   ) UNSECURED ($   ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

_____
_____
_____
_____

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE: 10/11/19 AT 11:00 (AM or PM)
(X) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
(X) ARRAIGN ( ) IDENTITY (X) OTHER JUDGE LMB

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS