AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )  Case No.    1:19-CR-304 (LMB) |
| Henry Kyle Frese | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Henry Kyle Frese                                                                                                                    .

Date:      10/10/2019

_____
*Attorney's signature*

Erika L. Berman 89382
*Printed name and bar number*

1919 M Street NW
Washington, DC 20036

_____
*Address*

erika.berman@kobrekim.com
*E-mail address*

(202) 664-1965
*Telephone number*

(202) 664-1920
*FAX number*