# *UNITED STATES DISTRICT COURT CRIMINAL MINUTES*

| | | |
|---|---|---|
| Date: 10/11/19 | Judge: Brinkema | Reporter: A. Thomson |
| Time: 11:14am - 11:27am | | Interpreter: |
| | | Language: |
| | | Probation Email: |
| | | Jury Email: |
| | | Pretrial ofc Pet present |

## UNITED STATES OF AMERICA
v.

| HENRY KYLE FRESE | 1:19cr304 |
|---|---|
| Defendant's Name | Case Number |

| Erika Berman/G. Scott Hulsey | Danya Atiyeh/Jennifer Gellie |
|---|---|
| **Counsel for Defendant:** | **Counsel for Government** |

**Matter called for:**
[X] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment  [ ] Discovery Order

**Arraignment & Plea:**
[X] WFA  [ ] FA  [ ] PG  [X] PNG  **Trial by Jury:** [X] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court      [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **11/01/19** at **11:00am** for:
[ ] Jury Trial  [ ] Bench Trial  [ ] Sentencing  [X] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court:  [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

Court finds case complex because of the nature of the charges; counsel need to be cleared
Deft to be released on PR bond with conditions & 3rd party custodian (sister), gps monitor at govt request, deft to pay costs for gps as able, shall surrender passport to pretrial officer, deft to check in with pretrial after he is released

**Deft is:** [X] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [X] Deft Remanded  [ ] Deft Released on Bond  [ ] Deft Continued on Bond