IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:19-cr-00304-LMB |
| ) | |
| HENRY KYLE FRESE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon motion of the defendant, Henry Kyle Frese, to substitute counsel, it is hereby

**ORDERED** that Stuart A. Sears is substituted as counsel for the defendant in the above-captioned matter; and it is further

**ORDERED** that Erika Lynn Berman and Gary Scott Hulsey (admitted *pro hac vice*) are permitted to withdraw as counsel for defendant Frese in the above-captioned matter.

So ORDERED this __18__ day of October 2019.

/s/ _____
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia