IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-304 (LMB) |
| | ) | |
| HENRY KYLE FRESE, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER SETTING CIPA BRIEFING DEADLINES

This matter is before the Court on the government's Consent Motion to Set Schedule for Classified Information Procedures Act ("CIPA") Litigation. It is hereby **ORDERED** that the government's consent motion is **GRANTED**.

It is further **ORDERED** that the motions deadlines pursuant to CIPA shall be as follows:

- **December 10, 2019:** Government CIPA Section 4 motion, if any, due.

- **January 7, 2020:** Defense CIPA Section 5 notice due.

- **January 21, 2020:** Government objections to Defense CIPA Section 5 notice due.

- **January 28, 2020:** Defense reply in support of CIPA Section 5 notice due.

- **February 14, 2020:** Government motion for hearing pursuant to CIPA Section 6(a) due.

- **February 25, 2020:** Government CIPA Section 6(b) notice due.

- **March 10, 2020:** Defense objection to Government's CIPA Section 6(b) notice due.

- **March 17, 2020:** Government reply in support of CIPA Section 6(b) notice due.

- **April 7, 2020:** Government motion pursuant to CIPA Section 6(c) due.

- **April 21, 2020:** Defense objections to Government CIPA Section 6(c) motion due.

- **April 28, 2020:** Government reply in support of CIPA Section 6(c) motion due.

Dated: 11/6/19

/s/
Leonie M. Brinkema
United States District Judge