\* UNITED STATES DISTRICT COURT CRIMINAL MINUTES \*

Date: 02/20/20  Judge: Brinkema  Reporter: A. Thomson
Time: 1:59pm - 2:31pm  Interpreter:
  Language:
  **Probation Email**: x
  **Jury Email**: x

# UNITED STATES OF AMERICA
  v.

  HENRY KYLE FRESE  1:19cr304
  Defendant's Name  Case Number


  Stuart Sears/Danny Onorato  William Hammerstom/Jennifer Gellie
  **Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [X] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Discovery Order  [ ] Information  [X] Plea Agreement  [X] Statement of Facts  [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA  [ ] FA  [X] PG  [ ] PNG  **Trial by Jury:**  [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) __1__ of the [X] Indictment -- [ ] Criminal Information
[X] Plea accepted, **Guilty Count(s) __1__**
[X] Motion for Dismissal of Count(s) __2__ by [X] US [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[X] Deft advised of appeal rights *
[X] Deft directed to USPO for PSI--- [X] Deft directed to cooperate with USPO for PSI
[X] Case continued to: __06/18/20__ at __09:30am__ for:
[ ] Jury Trial  [ ] Bench Trial  [X] Sentencing  [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted  [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Later sentencing date set at deft request
 Added conditions: deft shall fully cooperate with prob for psi; deft shall reappear 6/18/20 at 9:30am for sentencing
 Deft to report to pretrial & prob after court
**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____ [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [X] Deft Continued on Bond