FILED
IN OPEN COURT

FEB 2 0 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-304 |
| | ) | (Hon. Leonie M. Brinkema) |
| HENRY KYLE FRESE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon motion of the United States of America, pursuant to a plea agreement between defendant Henry Kyle Frese and the government, in which the defendant appeared before the Court on February 20, 2020 and entered a plea of guilty to Count One of the indictment, it is hereby

ORDERED that Count Two of the indictment is hereby dismissed.

Date: February 20, 2020
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

By: W. Neil Hammerstrom, Jr.
Danya E. Atiyeh
Assistant United States Attorneys

Jennifer Kennedy Gellie
Trial Attorney
United States Department of Justice