# EXHIBIT A



*April 2018*

**J1** (4:24 PM): Also [Journalist 2] got [information for prior story] from [other US government agency].

**J1** (4:25 PM): and [third US Government agency] denied the story

(4:26 PM): That's weird

(4:26 PM): I wonder of they deny until their public affairs comes up with a proper story

**J1** (4:27 PM): But that story was correct

**J1** (4:28 PM): So she is just wondering if they are denying it in order to stay in alignment

**J1** (4:28 PM): And [fourth US Intelligence Agency] has [information on topic of Intelligence Report 1] stuff

(6:00 PM): Hmm. I am sure [fourth US Intelligence Agency] provided [information]

