# EXHIBIT B

User:

# Linesheet

## Selection Criteria

Selected records from:
 - Line: Frese
'Last 2 days:
Start Date/Time is in last 2 days in time zone (UTC-05:00)
Eastern Time (US & Canada)' filter applied

## Report Comments:

**Linesheet**                                                                                   User:

| Case: ▮-WF-3117045 | Target: ▮ | Line: Frese | File Number: ▮-WF-3117045 |

| Session: | 3178 | Classification: | Pertinent | Direction: | Outgoing |
| Date: | 09/24/2019 | Content: | SMS | Associate DN: | Journalist 2 |
| Start Time: | 19:11:34 EDT | Primary Language: | Unknown | In/Out Digits: | |
| Stop Time: | 19:11:34 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:00:00 | Monitor ID: | ▮ | Participants: | ▮ |

**Content (SMS - Pager)**

Hi hi. If you've got time give me a call, otherwise we can chat tomorrow! I know it's late, sorry!

**Linesheet**  User: ▮

3 of 3

| Case: ▮-WF-3117045 | Target: ▮ | Line: Frese▮ | File Number: ▮-WF-3117045 |

| Session: | 3179 | Classification: | Pertinent | Direction: | Incoming |
| Date: | 09/24/2019 | Content: | Audio | Associate DN: | Journalist 2 |
| Start Time: | 19:12:56 EDT | Primary Language: | Unknown | In/Out Digits: | |
| Stop Time: | 19:17:57 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:05:01 | Monitor ID: | ▮ | Participants: | ▮ |

**Synopsis 1**

Incoming call with Journalist 2 cell phone ▮, PERTINENT CALL
09/24/2019 19:12:56 - Incoming call begins
***POTENTIAL CLASSIFIED INFORMATION***
09/24/2019 19:17:57 - Call ends
Monitored by ▮

END