# EXHIBIT C

**September 24, 2019, 7:12 pm**

**FRESE:** Hi

**Journalist 2:** Hey, how are you?

**FRESE:** Good, how are you?

**Journalist 2:** Oh, I'm ok, you know.

**FRESE:** Just alright?

**Journalist 2:** Yeah, just, you know, work's been *unintelligible* lately, ummm, how about you, what's going on?

**FRESE:** I just got back into the office, I was, a, away for, uh, my sister got married this…

**Journalist 2:** Awesome!

**FRESE:** Yeah, so I was gone for the last few days which was fun.

**Journalist 2:** That's awesome, good for you!

**FRESE:** Thanks

**Journalist 2:** Um, where did she get married?

**FRESE:** In Toronto, so I was back up in Canada.

**Journalist 2:** Oh, that's so fun, that's so great!

**FRESE:** Yeah, it was a good time.

**Journalist 2:** Um, what's going on at work?

**FRESE:** Uh, well it's nothing to do with, like what I cover, per usual but um, it's, so it's about, still like [intelligence Report 2 & 3].

**Journalist 2:** Uh huh

**FRESE:** …And I don't know if anyone's really commented on this but I saw a report, it's a few days old at this point, um, that basically [topics related to intelligence Report 2 & 3].

**Journalist 2:** Uh huh

**FRESE:** …And it's, um, [topics related to Intelligence Report 2 & 3].

1

**Journalist 2:** Uh huh

**FRESE:** The, uh, assessment looked like it said it would [topics related to Intelligence Report 2 & 3].

**FRESE:** [Topics related to intelligence Report 2 & 3].

**Journalist 2:** Uh huh

**FRESE:** … And so I think [topics related to Intelligence Report 2 & 3].

**Journalist 2:** Wow

**FRESE:** So I don't know if that would be of interest to you but I thought…

**Journalist 2:** It's definitely of interest, I mean it doesn't surprise me that like, like the [topics related to Intelligence Report 2 & 3] *unintelligible* the assessment, like, you know, I thought it was kind of crazy that no one was, when you look at the [topics related to Intelligence Report 2 & 3] that's really interesting. Are you, what are you guys, are you like hearing anything or seeing anything about the possibility that [topics related to Intelligence Report 2 & 3].

**FRESE:** [Topics related to Intelligence Report 2 & 3].

**Journalist 2:** Mmm Hmm

**FRESE:** …And that, I think the [topics related to Intelligence Report 2 & 3] but they're not overly shaken by it, *unintelligible*.

**Journalist 2:** Mmm hmm, yeah, it seems like that's the response for now, like, if something bigger happens maybe, like something, they'll do something else, but I, I think you're right that the [topics related to Intelligence Report 2 & 3]?

**FRESE:** Right

**Journalist 2:** Like, and they, and I think that's as far as they're going to go, [Information about Journalist 2].

*Joint laughter*

**FRESE:** Yeah

**Journalist 2:** [Information about Journalist 1]

**FRESE:** [Information about Journalist 1]

**Journalist 2:** [Information about Journalist 1]

2

**FRESE:** [Information about Journalist 1]

**Journalist 2:** [Information about Journalist 1]

**FRESE:** Fun, that's cute though.

**Journalist 2:** [Information about Journalist 2], *unintelligible*, um, super helpful, do you care if I ask around a little about it?

**FRESE:** Yeah, go for it, I um, I just saw it today, I was just catching up on some old emails and stuff like that and it was flagged for um, one of the senior policy makers, so, I thought that was interesting.

**Journalist 2:** Yeah, and if you hear anything about, I know, it's probably outside your lane as well, but if you ever hear anything [US Government and foreign government topic]…

**Journalist 2:** …[US Government and foreign government topic], we'd definitely be interested in that as well.

**FRESE:** Ok

**Journalist 2:** I really appreciate you keeping in mind when you see stuff you think might fall into *unintelligible*

**FRESE:** Yeah, of course

**Journalist 2:** Um, and um and welcome back!

**FRESE:** Yeah, thanks and hopefully [information about Journalist 2].

**Journalist 2:** Yeah, I hear that [information about Journalist 2].

**FRESE:** You got a little bit of time till that.

**Journalist 2:** Yeah, alright well thanks again Kyle, you have a great night!