**SENTENCING HEARING**                         Judge Leonie M. Brinkema
Date: __06/18/20__                              Reporter: __A. Thomson__
Start: __9:28am__  End: __10:18am__

# UNITED STATES of AMERICA        CASE NUMBER:    __1:19cr304__
Vs.

  __HENRY KYLE FRESE__

Counsel/Govt.:__J. Gellie,Danya Atiyeh__  Counsel/Deft.: __Stuart Sears/D. Onorato__
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____
**SENTENCING GUIDELINES:**           Upon Motion of [ ] Deft [ ] Govt
Offense Level: __34__                Court depart from G/L pursuant to:
Criminal History: __I__                              [ ] USSG 5K1.1
Imprisonment Range: __151__ to __188__ months        [ ] USSG 5C1.2
Supervised Release Range: __1__ to __3__ years       [ ] USSG 5K2.12
Restitution: $_____                        [ ] USSG 5H1.4
Fine Range: $__35,000.00__ to $__250,000.00__        [ ] _____
Special Assessment: $__100.00__ per Count

**JUDGMENT of the COURT:**
BOP for __30__ months, with credit for time served
Supervised Release for __3__ Years
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $__100.00__ [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the
    deft=s expense, w/leave as directed by Court.
___ Deft. to remain drug free, In/Out patient treatment as directed.
    ___ Deft to pay costs as able        ___ Deft to waive privacy
_x_ Deft. to participate in mental health evaluation, medication, treatment,
counseling as directed.
    _x_ Deft to pay costs as able        _x_ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
    payments of $_____to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment    ___ Full-time education program
_x_ Drug Testing Waived
_x_ Other: defendant shall be in full compliance with the Non Disclosure and the
assignment of any profits or proceeds from publicity agreements that are included
in his plea agreement

**RECOMMENDATION TO BOP:**

_x_ Deft. to be designated to a camp facility in Allenwood, PA.

_x_ BOP to waive public safety factor in making a designation.

___ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.

 Deft advised of appeal rights