IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:19-cr-304 (LMB) |
| HENRY KYLE FRESE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Although the defendant's Motion to Travel is not opposed by the government, the two places to which the defendant wants to travel, Houston, Texas and Huntsville, Alabama, have experienced significant increases in COVID-19 infections. See Associated Press, "Houston Facing 'Catastrophic' Coronavirus Spike, County Judge Says," (June 26, 2020) available at https://www.nytimes.com/video/us/politics/100000007212733/houston-coronavirus-cases-rising.html; Lee Roop, "Coronavirus cases in Huntsville 'have started to climb,' officials say," (June 19, 2020) available at https://www.msn.com/en-us/health/medical/coronavirus-cases-in-huntsville-have-started-to-climb-officials-say/ar-BB15JyZr. For these reasons, the Court finds that allowing the defendant to travel to these "hot spots" could expose him and the Probation Officer supervising him to unnecessary risk of infection. Accordingly, it is hereby

ORDERED that defendant's Motion to Travel [Dkt. No. 61] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

Entered this 29 day of June, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge