UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:19-CR-00304 (LMB) |
| ) | |
| HENRY KYLE FRESE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant Henry Kyle Frese's Motion to Delay Surrender and for Re-Designation, and for good cause having been shown, it is hereby

Ordered that the motion is granted and that

IT IS FURTHER ORDERED that Defendant Frese's surrender deadline is hereby extended to on or after September 2, 2020. The Court further recommends that the Bureau of Prisons re-designate Mr. Frese to FCI Fort Dix, FCI Danbury, or any appropriate facility in close proximity to Philadelphia, Pennsylvania.

The Clerk is directed to forward a copy of this Order to the U.S. Probation Office and the U.S. Marshals Service.

SO ORDERED this 4th day of August 2020.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia