UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:19-CR-00304 (LMB) |
| ) | |
| HENRY KYLE FRESE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**UPON CONSIDERATION** of Defendant Henry Kyle Frese's Motion for Removal of Monitor and to Allow Travel, and for good cause having been shown, it is hereby ordered that the motion is **GRANTED**, and it is

**FURTHER ORDERED** that Mr. Frese has permission to travel, including planned travel, and must provide his travel information to the U.S. Probation Office. It is further **ORDERED** that Mr. Frese is permitted to surrender the monitor to the United States Probation Office on Friday August 28, 2020. It is further **ORDERED** that all other terms of release should remain in full effect. He is required to self-surrender to the Bureau of Prisons on September 2, 2020.

The Clerk is directed to forward a copy of this Order to the U.S. Probation Office and the U.S. Marshals Service.

**SO ORDERED** this 28 day of August 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge